# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

_Curtis Darnell Brown Jr._
_____

**Plaintiff/Petitioner(s)**

v.

_Southern Illinois University in Carbondale_
_____

**Defendant/Respondent(s)**

Case Number: **16-1243-NJR**
(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

**FILED**

**NOV 14 2016**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement. _5953 South Michigan Apt N Chicago, IL 60637, I am no longer confined_

**Defendant #1:**

B. Defendant _Southern Illinois University in Carbondale_ is employed as
   (a)   (Name of First Defendant)

_Public University_
(b) (Position/Title)

with _1263 Lincoln Dr, Carbondale IL 62901_
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain:

(Rev. 7/2010)                                     1

**Defendant #2:**

C. Defendant _____ is employed as

(Name of Second Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Beyoncé Knowles Carter and many other celebrities and famous wealthy people like the Rocefeller Family

II.  PREVIOUS LAWSUITS

   A.  Have you begun any other lawsuits in state or federal court relating to your imprisonment?  ☐ Yes  ☑ No

   B.  If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

   1.  Parties to previous lawsuits:
       Plaintiff(s):



       Defendant(s):



   2.  Court (if federal court, name of the district; if state court, name of the county):

   3.  Docket number:

   4.  Name of Judge to whom case was assigned:

   5.  Type of case (for example: Was it a habeas corpus or civil rights action?):

   6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

   7.  Approximate date of filing lawsuit:

   8.  Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

    A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☒ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☒ No

    C. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    D. If your answer is NO, explain why not.

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☒ No

    F. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    G. If your answer is NO, explain why not.

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(Rev. 7/2010)                                            4

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I was wrongfully arrested while being a student at Southern Illinois University during finals week. This prevented me from obtaining a degree. I claim that it was a plot by university employees to prevent me from graduating and to allow me to sell cocaine for Southern Illinois as a way to pay basketball for the university.

The entire City of Carbondale was taken over by wealthy celebrities and famous people in a proxy to seduce me to sell cocaine for the institution. I have been to jail now multiple time due to this wrongful arrest claim that I have damaged a vending machine. I want to move forward with my life, but

(Rev. 7/2010)    5

the University and the towns People are halting that. I have decided that a lawsuit might be the best way to Progress. Aside from Jail-time from this misdemenor I have been prevented work and So now I remain homeless in search of a decent paying Job.

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I would like for the court to have my case dismissed (dropped). I also want S.I.U to pay me 2 million dollars and a 2017 lamborghini Gallardo, and to cover all cost of court and fees including attorney.

VI.  **JURY DEMAND** (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11/8/16 (date)

Signature of Plaintiff

5953 S. Michigan Apt N
Street Address

Curtis Brown
Printed Name

Chicago, IL, 60637
City, State, Zip

Prisoner Register Number

Signature of Attorney (if any)

(Rev. 7/2010)  6